UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LATIFAH BANKS**,

   Plaintiff,

v.   CASE NO.   3:17-cv-116-J-25PDB

**FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.**, d/b/a **FBCS, INC.**,

   Defendant.
_____/

**O R D E R**

Pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt. 8), it is

**ORDERED** that this action is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of May, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record